The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| THE TALON GROUP, LLC, a Washington company, | ) ) ) | No. CV06-00393-JCC |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF CHILEAN SEAFOOD EXCHANGE, INC.'S CLAIMS AGAINST RYAN'S RESTAURANT GROUP, INC. |
| v. | ) ) ) | |
| CHILEAN SEAFOOD EXCHANGE, INC., a Florida corporation, | ) ) ) | |
| Defendant. | ) ) | |
| CHILEAN SEAFOOD EXCHANGE, INC., a Florida corporation, | ) ) ) | |
| Counter Plaintiff, | ) ) ) | |
| v. | ) ) | |
| THE TALON GROUP, LLC, a Washington corporation, and RYAN'S RESTAURANT GROUP, INC., a South Carolina corporation, | ) ) ) ) | |
| Counter Defendants. | ) ) | |

STIPULATION AND ORDER OF DISMISSAL (CV06-00393-JCC) — 1

SEA 1882803v1 81807-1

## STIPULATION

Defendant/Counter Plaintiff Chilean Seafood Exchange, Inc. ("CSX") and Counter Defendant Ryan's Restaurant Group, Inc. ("Ryan's"), through their attorneys of record, stipulate to entry of the subjoined Order dismissing CSX's claims against Ryan's with prejudice and without an award of costs or attorneys' fees to either party.

DATED this 14th day of September, 2006.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for Counter Defendant Ryan's Restaurant Group, Inc. | SMITH & HENNESSEY PLLC<br>Attorneys for Defendant/Counter Plaintiff Chilean Seafood Exchange, Inc. |
| By  /s/ Jeffrey B. Youmans<br>    Jeffrey B. Youmans<br>    WSBA #26604 | By  /s/ Ann Marie Bender<br>    James A. Smith, Jr.<br>    WSBA #5444<br>    James R. Hennessey<br>    WSBA #14376<br>    Ann Marie Bender<br>    WSBA #32563 |
| WEISSMAN, DERVISHI, BORGO &<br>   NORDLUND, P.A.<br>Attorneys for Defendant/Counter Plaintiff Chilean Seafood Exchange, Inc. | |

By  /s/ Ann Marie Bender for Brian Dervishi
Brian S. Dervishi

## ORDER

Pursuant to the foregoing Stipulation of the parties, it is hereby ordered, adjudged, and decreed that CSX's claims against Ryan's are dismissed with prejudice and without an award of costs or attorneys' fees to any party, and that Ryan's is dismissed from this case.

DONE this 25th day of September, 2006.

/s/ John C. Coughenour

UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL (CV06-00393-JCC) — 2

SEA 1882803v1 81807-1

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for Counter Defendant Ryan's
Restaurant Group, Inc.


By __/s/ Jeffrey B. Youmans_____
    Jeffrey B. Youmans
    WSBA #26604

Approved as to Form;
Notice of Presentation Waived:

SMITH & HENNESSEY PLLC
Attorneys for Defendant/Counter Plaintiff
Chilean Seafood Exchange, Inc.


By __/s/ Ann Marie Bender_____
    James A. Smith, Jr.
    WSBA #5444
    James R. Hennessey
    WSBA #14376
    Ann Marie Bender
    WSBA #32563


WEISSMAN, DERVISHI, BORGO &
  NORDLUND, P.A.
Attorneys for Defendant/Counter Plaintiff
Chilean Seafood Exchange, Inc.


By_____/s/ Ann Marie Bender for Brian Dervishi____
    Brian S. Dervishi

STIPULATION AND ORDER OF DISMISSAL (CV06-00393-JCC) — 3

SEA 1882803v1 81807-1

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699